Decided July 16, 2004

## CHRISTOPHER B. KENNEDY *v.* LEANNA L. KENNEDY

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 106 (AC 24017), is denied.

*Christopher B. Kennedy*, pro se, in support of the petition.